```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GREVIL MARTINEZ et al, :
:
:
Plaintiffs, :
: 20-cv-7977 (LJL)
-v- :
: ORDER
:
JVA INDUSTRIES INC. et al, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference today in this case. As discussed at the conference, it is hereby ORDERED:

- The deadline for discovery with respect to depositions for the remaining opt-ins is extended until December 31, 2021.
- The deadline for Plaintiffs to move to compel responses to the outstanding discovery items set forth in Plaintiffs' email of September 8, 2021 to Defendants is November 19, 2021.
- Plaintiffs are directed to respond to Defendants' request for admissions by December 3, 2021.
- Defendants have until December 3, 2021 to file a motion to compel with respect to their requests relating to Plaintiffs' tax returns and other wage-related documents.

The letter briefs for the motions to compel shall be no longer than three pages, single spaced. The opposing party shall have one week to respond to the letter motions.

The next telephonic status conference in this case is scheduled for January 18, 2022 at 3:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. By January 11, 2022, the parties are directed to submit a joint letter updating the Court on the information contained in item 11 of the Case Management Plan. At the status conference, the Court will set dates for motions, a Joint Pretrial Order, and trial.

SO ORDERED.

Dated: November 3, 2021                         _____
       New York, New York                              LEWIS J. LIMAN
                                                 United States District Judge